UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED CV 23-2626-JFW(DTBx)**                              Dated: February 29, 2024

Title:      Arlene Forcen -v- Prime Healthcare Foundation, Inc., et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                                  None

**PROCEEDINGS (In Chambers):** ORDER TAKING UNDER SUBMISSION DEFENDANT PRIME HEALTHCARE SERVICES – SHASTA LLC'S MOTION TO DISMISS [filed 2/2/2024; Docket No. 27];

ORDER TAKING UNDER SUBMISSION DEFENDANT PRIME HEALTHCARE MANAGEMENT, INC.'S MOTION TO DISMISS [filed 2/2/2024; Docket No. 28];

ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [filed 2/2/2024; Docket No. 29]

The following motions are currently on calendar for March 4, 2024 at 1:30 p.m.: (1) Defendant Prime Healthcare Services – Shasta' LLC's Motion to Dismiss; (2) Defendant Prime Healthcare Management, Inc.'s Motion to Dismiss; and (3) Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for March 4, 2024 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.