UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED CV 23-2626-JFW(DTBx)**                                           Date:  March 15, 2024

Title:     Arlene Forcen -v- Prime Healthcare Foundation, Inc., et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                               **None Present**
   **Courtroom Deputy**                                          **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
                None                                                                          None

PROCEEDINGS (In Chambers):  ORDER GRANTING PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [filed 2/2/2024; Docket No. 29];

ORDER DENYING DEFENDANT PRIME HEALTHCARE SERVICES – SHASTA LLC'S MOTION TO DISMISS [filed 2/2/2024; Docket No. 27];

ORDER DENYING WITHOUT PREJUDICE DEFENDANT PRIME HEALTHCARE MANAGEMENT, INC.'S MOTION TO DISMISS [filed 2/2/2024; Docket No. 28]

   On February 2, 2024, Plaintiff Arlene Forcen ("Plaintiff") filed a Motion to Remand Pursuant to 28 U.S.C. § 1447.  On February 12, 2024, Defendants Prime Healthcare Management, Inc. and Prime Healthcare Services – Shasta, LLC (collectively, "Defendants") filed their Opposition. On February 16, 2024, Plaintiff filed her Reply.

   On February 2, 2024, Defendant Prime Healthcare Services – Shasta LLC filed a Motion to Dismiss.  On February 12, 2024, Plaintiff filed her Opposition.  On February 16, 2024, Defendant Prime Healthcare Services – Shasta LLC filed its Reply.

   On February 2, 2024, Defendant Prime Healthcare Management, Inc. filed a Motion to Dismiss.  On February 12, 2024, Plaintiff filed her Opposition.  On February 16, 2024, Defendant Prime Healthcare Management, Inc. filed its Reply.

   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court

found that these matters were appropriate for submission on the papers without oral argument. The matters were, therefore, removed from the Court's March 4, 2024 hearing calendar and the parties were given advance notice.  After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

  For the reasons stated in Plaintiff's moving and reply papers, Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447 is **GRANTED**, and Defendant Prime Healthcare Services – Shasta LLC's Motion to Dismiss is **DENIED**.  Defendant Prime Healthcare Management, Inc.'s Motion to Dismiss is **DENIED without prejudice** to re-filing before the state court. The Court signs, as modified, Plaintiff's Proposed Statement of Decision Granting Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447, and Denying Defendants' Motions to Dismiss, lodged with the Court on February 20, 2024 (Docket No. 39).  This action is  **REMANDED** Superior Court of California, County of San Bernardino.

  IT IS SO ORDERED.